[No. 26539-3-I.   Division One.   September 30, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LONNIE DELL COX, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-00530-8, George T. Mattson, J., entered

June 20, 1990. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Grosse, C.J., and Coleman, J.